IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
2:12-cv-69-FL

| | |
|---|---|
| ELSIE COWART, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| CAROLYN COLVIN, ) | |
| Acting Commissioner of Social ) | |
| Security, ) | |
| ) | |
| Defendant. ) | |

This action being submitted to the Court for an Order upon Plaintiff's showing that the Commissioner of Social Security should pay the sum of $16,434.75 for attorney fees, representing 25% of Plaintiff's accrued back benefits, to be paid from Plaintiff's back benefits pursuant to § 406(b) of the Social Security Act. Upon receipt of the § 406(b) fee, Plaintiff will be reimbursed the EAJA fee of $3,929.12 by counsel.

It is therefore ORDERED that the Commissioner of Social Security pay to Plaintiff's counsel, the sum of $16,434.75 from Plaintiff's back benefits and upon the payment of such sum this case is dismissed with prejudice.

This __7th__ day of ____February____, 2014.

_____
United States District Judge

CONSENTED TO:

CHARLOTTE W. HALL
Attorney for Plaintiff
N.C. Bar # 41290
Charles T. Hall Law Firm, P.C.
P.O. Box 10629
Raleigh, NC 27605
Telephone: (919) 791-1883
Fax: (919) 791-1886
charlotte@charleshallfirm.com


JAMIE DIXON
Attorney for Defendant
Special Assistant United States Attorney
Social Security Administration
Office of the General Counsel
6401 Social Security Boulevard
Altmeyer Building, Room 617
Baltimore, MD 21235-6401
Telephone: (410)965-9080
Fax: (410)597-0137
Jamie.Dixon@ssa.gov
New York Bar